**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| CABELL FINANCIAL CORPORATION, ) | CASE NO. 1:12CV473 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. ) | |
| ) | |
| THEODORE M. GURR, et al., ) | O R D E R |
| ) | |
| Defendants. ) | |

This Court has reviewed the Report and Recommendation (Doc.# 21) of Magistrate Judge William H. Baughman, Jr. regarding the Motion of Defendants Theodore M. Gurr and Annette Gurr to dismiss the case against them pursuant to Rule 12(b)(6) (Doc.#14), and the Report and Recommendation (Doc.#20) of the Magistrate Judge regarding the Motion of Defendant Leo L. Azure (aka Larry L. Azure) to dismiss the case against him for lack of personal jurisdiction (Doc.#15). The Magistrate Judge recommended that Defendants' Motions to Dismiss be granted.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but the parties have failed to timely file any such objections. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human

Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendations (Docs.# 20 and 21) and grants Defendants Annette Gurr and Theodore M Gurr's Motion to Dismiss (Doc. #14), and Defendant Leo L. Azure's Motion to Dismiss (Doc.#15) and dismisses the case.

IT IS SO ORDERED.

Dated: 12/17/2012

*S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE